FILED
CLERK, U.S. DISTRICT COURT
NOV 20 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 09-02689-MJ |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| v. | (Fed.R.Crim.P. 32.1(a)(6) |
| WILLIAM LAWRENCE SCOTT, | 18 U.S.C. § 3143(a) |
| Defendant. | Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the _District of Utah_ involving alleged violations of conditions of probation/supervised release,

The court finds no condition or combination of conditions that will reasonably assure:

 A. (✓) the appearance of defendant as required; and/or

 B. (✓) the safety of any person or the community.

   The Court concludes:

 A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he can abide by conditions of release_

B. (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _*he can abide by conditions of release*_

IT IS ORDERED defendant be detained.

DATED: November 20, 2009.

_/s/ Carolyn_
CAROLYN TURCHIN
U.S. MAGISTRATE/DISTRICT JUDGE